**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**TEXARKANA DIVISION**

**TYRONE HARRIS** **PLAINTIFF**

**vs.** **Case No. 4:25-CV-4046-SOH**

**WAYNE EASLEY, Individually and in his Official Capacity;**
**BRANDON YELEY, Individually;**
**MASON ROBERTS, Individually;**
**GOLDEN ADAMS, Individually;**
**RICHARD HENDERSON, Individually;**
**SOUTHERN HEALTH PARTNERS, INC.,**
**STEVEN KING; and**
**KEVIN MCCANN,** **DEFENDANTS**

**MOTION FOR SUMMARY JUDGMENT**

Come now the Separate Miller County Defendants, Sheriff Wayne Easley, Golden Adams, Richard Henderson, Brandon Yeley and Mason Roberts, individually and in their official capacities (referred to collectively herein as the Separate County Defendants), and for their Motion for Summary Judgment, do state the following:

1. The Plaintiff filed his Complaint in this case on June 6, 2025, alleging, in pertintent part and under 42 U.S.C. 1983, the Americans with Disabilities Act (ADA), and the Arkansas Civil Rights Act, that Separate Miller County Defendants violated his constitutional and statutory rights by allegedly subjecting him to excessive force on two occasions and by allegedly not complying with the ADA. The Plaintiff also appears to make a derivative training claim and/or a policy or custom claim. Doc. # 3.

2. For the reasons set forth in the accompanying brief in support and statement of facts, including all exhibits, all of which are adopted and incorporated herein by reference, the Separate Miller County Defendants are entitled to qualified immunity and summary judgment as a matter of law.

WHEREFORE, the Separate County Defendants respectfully request that the Complaint be dismissed and for any and all other just and proper relief to which they are entitled.

Respectfully submitted,

Sheriff Wayne Easley, Golden Adams, Richard Henderson, Brandon Yeley and Mason Roberts, individually and in their official capacities,
*Defendants*

Jason E. Owens
Ark. Bar. No. 2003003
OWENS & PARKER LAW FIRM, P.A.
**Mailing Address:** P.O. Box 850
Conway, Arkansas 72033-0850
**Physical Address:** 1160 Markham St., Ste. 2
Conway, Arkansas 72032
Telephone (501) 764-4334
Telefax (501) 764-9173
email: owens@jowenslawfirm.com