IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TYRONE HARRIS PLAINTIFF

v. Case No. 4:25-cv-4046

WAYNE EASLEY; BRANDON YELEY; MASON ROBERTS; GOLDEN ADAMS; RICHARD HENDERSON; SOUTHERN HEALTH PARTNERS, INC.; STEVEN KING; and KEVIN MCCANN DEFENDANTS

**ORDER**

Before the Court is a Joint Stipulation of Dismissal filed by Plaintiff and Separate Defendants Southern Health Partners, Inc., Steven King, and Kevin McCann (collectively the "SHP Defendants"). ECF No. 33. Plaintiff and the SHP Defendants stipulate to dismissal of Plaintiff's claims against the SHP Defendants with prejudice, with each side bearing their own costs and fees.

An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." Gardiner v. A.H. Robins Co., 747 F.2d 1180, 1189 (8th Cir. 1984). A plaintiff may utilize Rule 41(a) to dismissal all claims against particular defendants in a multi-defendant action. See Bear v. Underhill, 2024 WL 1717035, at *1 (11th Cir. 2024). Thus, all of Plaintiff's claims against the SHP Defendants were effectively dismissed when the parties filed the instant stipulation. However, this Order issues for the purpose of maintaining the Court's docket.

Pursuant to the Joint Stipulation of Dismissal (ECF No. 33), Plaintiff's claims against Separate Defendants Southern Health Partners, Inc., Steven King, and Kevin McCann are hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of September, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge